| | |
|---|---|
| Elijah L. Milne<br>Bar No. 13196<br>DENTONS DURHAM JONES PINEGAR P.C.<br>192 East 200 North, Third Floor<br>St. George, UT 84770<br>(435) 674-0400<br>(435) 628-1610 fax<br>eli.milne@dentons.com<br>*Attorneys for Defendant* | Michael D. Rawlins<br>Bar No. 5467<br>3271 E. Warm Springs Rd.<br>Las Vegas, NV 89120<br>(702) 832-1670<br>*Designated only for personal service under LR IA 11-1(b)(2)* |

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| NHU QUYNH NGUYEN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>PAYPAL, INC.,<br><br>　　　　Defendant. | Case No. 2:24-cv-00868-JCM-BNW<br><br>**STIPULATION TO EXTEND TIME**<br>**(First Request)**<br><br>District Judge James C. Mahan<br>Magistrate Judge Brenda N. Weksler |

　　In accordance with LR IA 6-1(a), Plaintiff Nhu Quynh Nguyen and Defendant PayPal Inc., by and through their respective undersigned attorneys, hereby stipulate that the deadline for PayPal Inc. to respond to the Complaint, docket no. 1 (filed May 8, 2024), be extended through June 26, 2024. The reason for the extension is that the parties are currently discussing potential settlement options, and additional time is needed to effectuate this purpose.

　　This is the first stipulation for extension of time to respond to the Complaint.

　　Signed June 3, 2024.

DENTONS DURHAM JONES PINEGAR P.C.

/s Eli Milne
_____
Elijah L. Milne
Bar No. 13196
192 E. 200 N., 3rd Fl.
St. George, UT 84770
eli.milne@dentons.com
*Attorneys for Defendant*

1  Signed June 3, 2024.

LAW OFFICE OF KEVIN L. HERNANDEZ

/s/ Kevin L. Hernandez
Kevin L. Hernandez
Bar No. 12594
8920 W. Tropicana Ave., Ste. 101
Las Vegas, NV 89147
kevin@kevinhernandezlaw.com
*Attorneys for Plaintiff*

IT IS SO ORDERED:

Brenda N. Weksler
United States Magistrate Judge

Dated: June 4, 2024

# CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2024, I caused the foregoing on the following by through the online CM/ECF system:

>Kevin L. Hernandez
>LAW OFFICE OF KEVIN L. HERNANDEZ
>8920 W. Tropicana Ave., Ste. 101
>Las Vegas, NV 89147
>kevin@kevinhernandezlaw.com
>*Attorneys for Plaintiff*

/s/ Eli Milne